ACCEPTED
01-15-00950-CV
FIRST COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 4:19:43 PM
CHRISTOPHER PRINE
CLERK

## COURT OF APPEALS NO. - 01-15-00950-CV

| | | |
|---|---|---|
| **GLENN HERBERT JOHNSON**<br>*Plaintiff* | § | IN THE DISTRICT COURT |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| | § | |
| **LINEBARGER GOGGAN BLAIR & SAMPSON, L.L.P.,** | § | HARRIS COUNTY, TEXAS |
| **EMILY KING WATKINS** and **ANTHONY W. NIMS,** | § | |
| **HASHMET WALI, CHARLES BROUSSARD II,** | § | |
| **YOUSUF MUHAMMAD ZAKARIA,** | § | |
| **LYNDA THOMPSON, TEXAS EASY-SERVE, L.L.C.** and | § | 190th JUDICIAL DISTRICT |
| **CASTILLO EXPERT TREE SERVICE**<br>*Defendants* | § | |

FILED IN
1st COURT OF APPEALS
HOUSTON, TEXAS
11/18/2015 4:19:43 PM
CHRISTOPHER A. PRINE
Clerk

### Unsworn Declaration of Indigency

I, GLENN HERBERT JOHNSON affirm that *as a consequence of my Indigence, I am unable to pay the court costs. I verify that the statements made in this Unsworn Declaration of Indigency are true and correct.*

1. This **Unsworn Declaration of Indigency** is filed, per Section 132.001, Tex. Civ. Prac. & Rem. Code.

2. I am unable to pay court costs. I declare under penalty of perjury that the statements made in this **Unsworn Declaration of Indigency** are true and correct.

3. My name is Glenn Herbert Johnson
   My date of birth is January 19, 1949
   My address is 8926 Daffodil Street — Houston, Texas 77063
   My email address is Prairie_View_Grad@yahoo.com

4. Government Entitlements: I don't currently receive government entitlements.

5. Income: a. I am not currently employed or self-employed
   b. I am not married. There is no spousal income.

6. Dependents: I have no dependents

7. Property: I have no bank accounts, vehicles or real estate other than my homestead.

8. My Total Monthly Expenses are, Approximately $15⁰⁰, for food.

9. Formally signed under penalty of perjury in Harris, County, Texas, on November 18, 2015

*Glenn Herbert Johnson*
Glenn Herbert Johnson, *Plaintiff, Pro Se*

**NOTE:** There has been no material and /or substantial change in my financial circumstances since the determinations of Indigence, filed on March 4, 2013, in Cause No. 2013-08713, and approved by the 190th District Court, Cause No. 01-14-00383, filed with the 1st Court of Appeals-Houston, on June 16, 2014 and Cause No. 2015-00723, filed in the 190th Judicial District Court on February 17, 2015.